# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Linda Kay Ewbank
Hammond & Sills
1881 Hudson Circle
Monroe LA 71201

Jon Keith Guice
Hammonds & Sills
1881 Hudson Circle
Monroe LA 71201


**REHEARING ACTION: January 28, 2015**


**Docket Number: 14   00585-CA**

**JAN AILLET AND MARILYN DOUCET**
**VERSUS**
**LAFAYETTE PARISH SCHOOL BOARD**

**Appealed from Lafayette Parish Case No. 20125668**


**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. Phyllis M. Keaty**
**Hon. John E. Conery**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lafayette Parish School Board** has this day been

**DENIED.**


cc: Andrew J. Halverson, Counsel for the Appellee